IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DARYL T'WAIN GIBSON, SR.,  :
    Plaintiff : Civil Action No. 1:12-cv-01328
     :
v. : (Judge Kane)
     :
STEELTON POLICE DEPT., et al., : (Magistrate Judge Blewitt)
    Defendants :

## ORDER

Before the Court in the above-captioned action is an August 13, 2013 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**AND NOW**, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Blewitt. (Doc. No. 56).[1]

2) The Defendant's Motion for Summary Judgment is **GRANTED** and the remaining claims of Plaintiff's case are **DISMISSED WITH PREJUDICE**.

3) The Clerk of Court shall **CLOSE** this case.

                                                *S/ Yvette Kane*
                                                YVETTE KANE, Judge
                                                United States District Court
                                                Middle District of Pennsylvania

Dated: September 17, 2013

---

[1] The Court finds that Plaintiff should be referred to as "Gibson" rather than "West" on page twelve of the Report and Recommendation.